# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:  
    Alana Michelle Russell

Debtor(s)

Case No. 14-54533-PJS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Wm. Ruskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/15/2014.

2) The plan was confirmed on 02/10/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/04/2020.

6) Number of months from filing or conversion to last payment: 65.

7) Number of months case was pending: 71.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $12,831.71.

10) Amount of unsecured claims discharged without full payment: $307,227.21.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $41,909.88 | |
| Less amount refunded to debtor | $804.59 | |
| **NET RECEIPTS:** | | **$41,105.29** |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,975.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $3,079.85 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,054.85** |

Attorney fees paid and disclosed by debtor:     $200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 36TH DISTRICT COURT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| 47TH DISTRICT COURT | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA CTR OF MI | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 1,410.06 | 1,410.06 | 1,410.06 | 43.71 | 0.00 |
| BEAUMONT HEALTH SYSTEM | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| BOTSFORD GENERAL HOSP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BOYDELL DEVELOPMENT | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CARLTON APARTMENTS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CASHNETUSA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 0.00 | 510.00 | 510.00 | 15.81 | 0.00 |
| CHARTER ONE CC | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 350.00 | 427.99 | 427.99 | 13.27 | 0.00 |
| DIRECTV | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | 623.00 | 623.33 | 623.33 | 19.32 | 0.00 |
| DTE ENERGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 3,576.00 | 3,476.33 | 3,476.33 | 107.77 | 0.00 |
| GECC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| GEORGE GUSSES CO., LPA | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,000.00 | 3,748.37 | 3,748.37 | 3,748.37 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5,400.00 | 3,461.96 | 3,461.96 | 107.32 | 0.00 |
| JP MORGAN CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 0.00 | 5,519.32 | 5,519.32 | 171.10 | 0.00 |
| MRS ASSOCIATES | Unsecured | 1,455.99 | NA | NA | 0.00 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Unsecured | 16,391.00 | 16,319.70 | 16,319.70 | 505.91 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Unsecured | 30,000.00 | 30,647.27 | 30,647.27 | 950.07 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Unsecured | 9,474.00 | 10,041.87 | 10,041.87 | 311.30 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Unsecured | 10,912.00 | 12,189.52 | 12,189.52 | 377.88 | 0.00 |
| NATIONAL COLLEGIATE TRUST | Unsecured | 0.00 | 45,910.55 | 45,910.55 | 1,423.23 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL ENTERPRISE SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 824.00 | 8,406.55 | 8,406.55 | 260.60 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 10,000.00 | 16,197.70 | 16,197.70 | 502.13 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 15,642.00 | 15,861.22 | 15,861.22 | 491.70 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 21,078.00 | 21,227.31 | 21,227.31 | 658.05 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 5,237.00 | 13,053.68 | 13,053.68 | 404.66 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 2,847.00 | 1,121.44 | 1,121.44 | 34.76 | 0.00 |
| NAVIENT SOLUTIONS INC ON BEHAL | Unsecured | 24,063.00 | 2,866.16 | 2,866.16 | 88.85 | 0.00 |
| NELNET ON BEHALF OF MICHIGAN ( | Unsecured | 15,770.00 | 48,378.09 | 48,378.09 | 1,499.72 | 0.00 |
| NORTHLAND FAMILY PLANNING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT | Unsecured | 1,082.76 | NA | NA | 0.00 | 0.00 |
| PLUTO MARKETING INC | Unsecured | NA | 95.00 | 95.00 | 2.95 | 0.00 |
| RAINMAKER LLC | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS INC | Unsecured | 7,898.60 | NA | NA | 0.00 | 0.00 |
| RIVERFRONT APARTMENTS | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| RIVERSTONE APARTMENTS | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RIVERSTONE APTS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SHERMETA LAW GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 904.00 | 904.36 | 904.36 | 28.04 | 0.00 |
| SPRINT PCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Unsecured | 463.82 | 1,108.87 | 1,108.87 | 34.37 | 0.00 |
| STATE OF MICHIGAN CD | Priority | 231.72 | 1,254.48 | 1,254.48 | 1,254.48 | 0.00 |
| T MOBILE/T MOBILE USA INC | Unsecured | 900.00 | 757.54 | 757.54 | 23.48 | 0.00 |
| TIDEWATER CREDIT SERVICES | Secured | 16,502.00 | 18,314.93 | 18,314.93 | 18,314.93 | 1,635.64 |
| UNITED STUDENT AID FUNDS INC (U | Unsecured | 10,912.00 | 24,188.04 | 24,188.04 | 749.83 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 4,035.00 | 4,155.87 | 4,155.87 | 128.83 | 0.00 |
| VERIZON | Unsecured | 4,681.00 | 4,592.15 | 4,592.15 | 142.36 | 0.00 |
| VERIZON WIRELESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,314.93 | $18,314.93 | $1,635.64 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,314.93** | **$18,314.93** | **$1,635.64** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,002.85 | $5,002.85 | $0.00 |
| **TOTAL PRIORITY:** | **$5,002.85** | **$5,002.85** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$293,451.88** | **$9,097.02** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $7,054.85 |
| Disbursements to Creditors | $34,050.44 |
| **TOTAL DISBURSEMENTS** : | **$41,105.29** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/19/2020          By: /s/ David Wm. Ruskin
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**